# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

_____

Noel Janis,

               Plaintiff,

  v.

Enhanced Recovery Company, LLC,

               Defendant.

_____

Civil Action No.: 2:14-cv-14945-SJM

## **STIPULATED ORDER OF DISMISSAL**

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Enhanced Recovery Company, LLC with prejudice and without costs to any party.

| Noel Janis | Enhanced Recovery Company, LLC |
|---|---|
| ___/s/ Sergei Lemberg_____ | _/s/ Scott Gallagher_____ |
| Sergei Lemberg, Esq. | Scott S. Gallagher |
| LEMBERG LAW, LLC | Primary: ssgallagher@sgrlaw.com |
| 1100 Summer Street, 3rd Floor | Secondary: mhowell@sgrlaw.com |
| Stamford, CT  06905 | 50 North Laura Street, Suite 2600 |
| Tel: (203) 653-2250 | Jacksonville, Florida 32202 |
| slemberg@lemberglaw.com | Tel:  (904) 598-6111 |
| Attorney for Plaintiff | Fax:  (904) 598-6211 |
| | Attorney for Defendant |

**SO ORDERED.**

S/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: June 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2015, by electronic and/or ordinary mail.

S/Carol Cohron
Case Manager